U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 2 2006

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| TUNICA-BILOXI INDIANS OF LOUISIANA, D/B/A PARAGON CASINO RESORT | CIVIL ACTION NO. 02-1512 |
| -vs- | JUDGE LITTLE |
| KIRBY M. PECOT, D/B/A PECOT COMPANY AND ARCHITECTS, ET AL. | |

---

### JUDGMENT

For the reasons stated in the court's Memorandum Ruling entered on this day, the motion for summary judgment filed by Defendant DesignTex Group, Inc., f/k/a J.M. Lynne, Inc. [Doc. #395] is GRANTED.

Alexandria, Louisiana

\_1\_ February 2006

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE